**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Stephen RHODES, Defendant– Appellant.**

No. 02–50046.

D.C. No. CR–00–01221–MMM–01.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 10, 2003.*

Decided Nov. 14, 2003.

Miriam A. Krinsky, Barbara A. Masterson, USLA–Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Sung Park, Van Nuys, CA, for Defendant–Appellant.

Before KOZINSKI, SILVERMAN and TALLMAN, Circuit Judges.

MEMORANDUM**

Stephen Rhodes appeals his guilty-plea conviction and 262–month sentence for distribution of cocaine, in violation of 21 U.S.C. § 841(a)(1).

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Rhodes has filed a brief stating that there are no meritorious issues for review, and a motion to withdraw as counsel of record. Rhodes has not filed a pro se supplemental brief.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable issues for review on direct appeal. Counsel's motion to withdraw is **GRANTED** and the district court's judgment is **AFFIRMED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

